# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00804-CR
## NO. 03-02-00805-CR

**Darriel Paul Dilworth, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NOS. 53947 & 54053, HONORABLE JOE CARROLL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Darriel Paul Dilworth seeks to appeal from judgments of conviction for forgery and possession of cocaine. The clerk=s records contain written waivers of appeal signed by appellant, his attorney, and the trial judge. These documents, which reflect a knowing and voluntary waiver of the right to appeal, were signed on the day sentences were imposed in open court. A defendant who knowingly and intelligently waives his right to appeal may not thereafter appeal without the consent of the trial court. *Ex parte Dickey*, 543 S.W.2d 99 (Tex. Crim. App. 1976); *see also Hurd v. State*, 548 S.W.2d 388 (Tex. Crim. App. 1977); *Reed v. State*, 516 S.W.2d 680 (Tex. Crim. App. 1974). There is nothing in the records to indicate that appellant sought or obtained the permission of the trial court to pursue these appeals.

The appeals are dismissed.

_____

Jan P. Patterson, Justice

Before Justices Kidd, Yeakel and Patterson

Dismissed for Want of Jurisdiction

Filed:   January 24, 2003

Do Not Publish